IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
| BAUGH, et al. | : | 02-04846 |
| ALI, et al. |  | 02-04887 |
| AQUINO, et al. | : | 02-04912 |
| BEAL, et al. |  | 02-04936 |
| COREY, et al. | : | 02-04963 |
| FIGUEROA, et al. |  | 02-04978 |
| WILLETT, et al. | : | 02-05147 |
| WASHINGTON, et al. |  | 02-05172 |
| WARD | : | 02-05196 |
| WEBSTER, et al. |  | 02-05289 |
| MCGEE | : | 02-05381 |
| LA COUR |  | 02-05397 |
|  | : |  |
| vs. | : |  |
|  | : |  |
| BAYER CORPORATION, et al. | : |  |

**ORDER**

   **AND NOW,** this   day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ] - Order staying these proceedings pending disposition of a related action.

  [ ] - Order staying these proceedings pending determination of arbitration proceedings.

  [ ] - Interlocutory appeal filed

  [X] - Other: <u>Case is placed into suspension pending receipt of the Case Transfer Order from The Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>

it is

   **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

   **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                  **BY THE COURT:**

                  _____
                  **Cynthia M. Rufe , Judge**

Civ. 13 (8/80)